1  Philip H. Stillman, Esq. SBN# 152861
   STILLMAN & ASSOCIATES
2  3015 North Bay Road, Suite B
   Miami Beach, Florida 33140
3  Tel. and Fax:  (888) 235-4279
   pstillman@stillmanassociates.com
4
5  Attorneys for Defendant HANDLERY HOTELS, INC.

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

SAMUEL LOVE,

          Plaintiff,

      v.

HANDLERY HOTELS, INC., a California Corporation;

          Defendant.

Case No.: 3:21-cv-00850-TSH

**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**

Date:         June 17, 2021
Time:        10:00 A.M.
Courtroom:  G, 15th Fl.
                    San Francisco
Courthouse

Hon.   Thomas S. Hixson

Notice of Motion and Motion to Dismiss Complaint

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT on June 17, 2021, or as soon thereafter as the matter may be heard in Courtroom G the above-entitled court, Defendant Handlery Hotels, LLC will and hereby does move to dismiss the Complaint in its entirety, pursuant to Fed. R. Civ. P. 12(b)(6). All of the asserted claims arise from Plaintiff's visit to the Defendant's reservations website (the "Website"), and Plaintiff's claim that the Website fails to provide sufficient information about the accessible features in the accessible guestrooms in violation of the Americans with Disabilities Act and California's Unruh Civil Rights Act. The Complaint lacks sufficient factual allegations under applicable pleading standards to establish a plausible entitlement to relief with respect to any of the claims asserted.

This motion is based on this Notice and the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, all pleadings and documents on file herein, and on such other and further evidence as may be presented at or before the hearing on this matter.

This motion is made following the conference of counsel which took place on March 8, 2021.

WHEREFORE, Defendant Handlery Hotels, LLC respectfully requests that this Court dismiss the Complaint with prejudice and without leave to amend.

                                  Respectfully Submitted,

                                  STILLMAN & ASSOCIATES

Dated: May 7, 2021                 By:_____
                                  Philip H. Stillman, Esq.
                                Attorneys for Defendant Handlery Hotels LLC

# PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on May 8, 2021 or as soon as possible thereafter, copies of the foregoing Motion to Dismiss, Memorandum of Points and Authorities, the Request for Judicial Notice and Proposed Order was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same.

By: /s/ *Philip H. Stillman*
Attorneys for Handlery Hotels